**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No   ED CV 04-1395 -RT(SGLx)                    Date   February 10, 2005

Title   CALIORNIA SIDE BY SIDE SOCIETY, et al -v- CITY OF LOS ANGELES, et al
=================================================================
PRESENT   HONORABLE ROBERT J TIMLIN, U S DISTRICT JUDGE

| Lenora Pulliam | NONE |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS | ATTORNEYS PRESENT FOR DEFENDANTS |
| NONE | NONE |

**PROCEEDINGS**   **ORDER SETTING SCHEDULING CONFERENCE - (F.R.Civ.P. 16(b)**

This matter is set for a Scheduling Conference on __MAY 6__, 2005, at __3 30__ a m /p m  The Conference will be held pursuant to F R Civ P 16(b)  It may be conducted telephonically if the parties so request

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference and to file a Report of Parties' Planning Meeting not later than 14 days after they confer as required by F R Civ P 26(f) and the Local Rules of this Court  Failure to comply with rules may lead to the imposition of sanctions

**THE U.S. DISTRICT COURT is located at:**

   3470 Twelfth Street
   Riverside, California 92501
   Third Floor, **Courtroom 4**

Riverside Clerk's Office Phone No  is (951) 328-4450
Courtroom Deputy Clerk   Lenora Pulliam's Phone No  is (951) 328-4463

DOCKETED ON CM
FEB 1 0 2005
BY ___ 045

MINUTES FORM 90                                Initials of Deputy Clerk LP
CIVIL -- GEN