**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No   ED CV 04-1395 -RT(SGLx)                Date  February 16, 2005

Title      CALIORNIA SIDE BY SIDE SOCIETY, et al -v- CITY OF LOS ANGELES, et al
================================================================
PRESENT    HONORABLE ROBERT J TIMLIN, U S DISTRICT JUDGE

    Lenora Pulliam                              NONE
    Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS       ATTORNEYS PRESENT FOR DEFENDANTS

    NONE                                        NONE

PROCEEDINGS     (IN CHAMBERS)  ORDER VACATING REFERENCE TO THE
                ALTERNATIVE DISPUTE RESOLUTION PILOT PROGRAM


Reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated   All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14


cc  Attorney Settlement Officer Panel Coordinator



DOCKETED ON CM
FEB 17 2005
BY _____ 045

MINUTES FORM 90                                      Initials of Deputy Clerk
CIVIL -- GEN