ORIGINAL

𝒫 **SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. 5: CV04-1395-GAF                Date:  February 25, 2005

Title:   CALIFORNIA SIDE BY SIDE SOCIETY, ET AL. -V- CITY OF LOS
         ANGELES, ET AL.
================================================================
PRESENT: HONORABLE GARY ALLEN FEESS, JUDGE

    Marilynn Morris                          Not Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    Not Present                              Not Present

PROCEEDINGS:   IN CHAMBERS

       The Scheduling Conference set for May 6, 2005, at 3:30 pm is vacated.

       IT IS SO ORDERED.



DOCKETED ON CM
FEB 2 8 2005
BY _____ 004

MINUTES FORM 11                              Initials of Deputy Clerk _____
CIVIL -- GEN

