# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scan only

**CIVIL MINUTES - GENERAL**

| Case No. | CV-04-1395-GAF | Date | 4-4-05 |
|---|---|---|---|
| Title | CALIFORNIA SIDE BY SIDE SOCIETY -V- CITY OF LOS ANGELES, ET AL | | |

**Present: The Honorable** GARY ALLEN FEESS

| D.L. O'Neill for M. Morris | Lisa Gonzalez | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Chuck Michel                                                        John A. Carvalho

**Proceedings:**     SCHEDULING CONFERENCE

Case called. Appearances made. The Court will reschedule the Scheduling Conference after the hearing on the Preliminary Injunction.



DOCKETED ON CM
APR - 7 2005
BY _____ 001

33

Initials of Preparer _____