# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV04-1395-GAF | Date | April 18, 2005 |
| Title | California Side by Side Society -v- City of Los Angeles, et al. | | |

Present: The Honorable    GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    C. Michel
    G. McRoberts

Attorneys Present for Defendants:

    J. Carvalho

**Proceedings:**    Plaintiff Motion for Preliminary Injunction - Filed 3-24-05

    Matter called. Counsel state their appearances for the record. Counsel argue the matter to the Court. The matter is taken under submission. A written order to follow.

    IT IS SO ORDERED.

DOCKETED ON CM
APR 19 2005
BY _____ 002

Initials of Preparer _____