# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-1395-GAF | Date | May 26, 2005 |
|---|---|---|---|
| Title | California Side by Side Society -v- City of Los Angeles, et al. | | |

Present: The Honorable GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**    In Chambers

The Scheduling Conference is placed on the Court's calendar for Monday, June 27, 2005, at 1:30 pm.

IT IS SO ORDERED.

DOCKETED ON CM
MAY 31 2005
003
BY
Initials of Preparer