# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV04-1395-GAF | | Date   June 7, 2005 |
| Title   CALIFORNIA SIDE BY SIDE SOCIETY -V- CITY OF LOS ANGELES, ET AL. | | |

Present: The Honorable   GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   In Chambers

The court, on its own motion continues the Scheduling Conference currently set for hearing on Monday, June 27, 2005, at 1:30 pm to Monday, July 11, 2005, at 1:30 pm.



DOCKETED ON CM.
JUN - 8 2005

Initials of Preparer