# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV04-1395 GAF (SGLx) | Date | June 17, 2005 |
|---|---|---|---|
| Title | California Side By Side Soc'y v. City of Los Angeles | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

The Court is in receipt of Plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41 and Defendant's opposition thereto. The Court concludes that this matter is appropriate for disposition without the argument of counsel. Accordingly, the hearing set for Monday, June 27, 2005 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15. A written order will follow.

IT IS SO ORDERED.



Initials of Preparer

