LINK: 47

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV04-1395 GAF (SGLx) | Date | July 6, 2005 |
|---|---|---|---|
| Title | California Side By Side Soc'y v. City of Los Angeles | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

The Rule 26(f) Scheduling Conference presently set for Monday, July 11, 2005 is, on the Court's own motion, continued to **Monday, August 8, 2005 at 1:30 p.m.**

IT IS SO ORDERED.



DOCKETED ON CM
JUL - 8 2005
BY _____ 001

Initials of Preparer