# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. **EDCV04-1395 GAF**    Date **7-22-05**

Title: **Ca. Side by Side -v- City of LA**

Present: The Honorable **GARY ALLEN FEESS**

| M. Morris | N/P | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

N/P                                     N/P

Proceedings:  ☐ In Court    ☑ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☑ Case should have been closed on entry dated **7-8-05**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____

DOCKETED ON CM
JUL 25 2005
BY ___ 001

Initials of Preparer ___

55

CV-74 (08/97)                CIVIL MINUTES -REOPENING/CLOSING