LINK: 56

**ORIGINAL** UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P. Send

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV04-1395 GAF (SGLx) | Date | August 17, 2005 |
|---|---|---|---|

| Title | California Side By Side Soc'y v. City of Los Angeles |
|---|---|

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Debra L. Oneill / Marilynn Morris | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    (In Chambers)

The Court is in receipt of Plaintiff's motion for attorney's fees and Defendant's opposition thereto. The Court concludes that this matter is appropriate for disposition without the argument of counsel. Accordingly, the hearing set for Monday, August 29, 2005 is hereby **VACATED**. Fed. R. Civ. P. 78; Local Rule 7-15. A written order will follow.

IT IS SO ORDERED.



DOCKETED ON CM
AUG 18 2005
BY _____ 001

Initials of Preparer

